UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEVIN SEATON,

                                 Plaintiff,                      22 Civ. 8192 (PAE) (BCM)

                          -v-                                           <u>ORDER</u>

K. DEW REALTY CORP. et al.,

                                 Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has been advised that the parties have reached a settlement in principle. By May 2, 2023, the parties shall file their settlement submissions for review and approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

SO ORDERED.

                                                                       *Paul A. Engelmayer*
                                                                       Paul A. Engelmayer
                                                                       United States District Judge

Dated: April 20, 2023
          New York, New York

1