# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

May 1, 2023

**Via ECF**

Hon. Paul A. Engelmayer, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: <u>Seaton v. K. Dew Realty Corp. et al</u></u>
Case #: 22-CV-08192 (PAE)(BCM)
**Motion for Extension of Time**

Dear Judge Engelmayer:

My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of all parties, to request a brief two-week extension of the May 2, 2023 deadline for the plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement papers. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc:**   **Defense Counsel via ECF**

Granted.   SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
May 2, 2023

1