# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

May 16, 2023

**Via ECF**

Hon. Paul A. Engelmayer, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Seaton v. K. Dew Realty Corp. et al</u>
Case #: 22-CV-08192 (PAE)(BCM)
Motion for Extension of Time

Dear Judge Engelmayer:

  My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of all parties, to request a brief two-week extension of the May 16, 2023 deadline for the plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement papers – since the last request, the parties have made significant progress and we are hopeful that no additional extensions are required, but some issues still remain. One prior request for an extension of this deadline was made and granted.

  We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc:**  **Defense Counsel via ECF**

Granted.   SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
May 17, 2023

1