# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                         Fax: 718-740-2000
*Employment and Labor Lawyer*                                                                   Web: www.abdulhassan.com

**May 30, 2023**

**Via ECF**

Hon. Paul A. Engelmayer, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re:</u> <u>Seaton v. K. Dew Realty Corp. et al</u>
Case #: 22-CV-08192 (PAE)(BCM)
Motion for Extension of Time

Dear Judge Engelmayer:

     My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the May 30, 2023 deadline for the plaintiff to file his motion for settlement approval. This Court has been very generous in granting the parties several prior extensions and we were hoping not to have to seek another. However, we are happy to report that it appears that late today the parties were able to resolve the outstanding issues including those implicating *Cheeks* compliance – the additional time will now be used to arrange for signatures and submission to the Court. Two prior requests for an extension of this deadline were made and granted.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     **Defense Counsel via ECF**

Granted.  SO ORDERED.

*/s/ Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
June 1, 2023

1