UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                         :

KEVIN SEATON,                         :

                                 Plaintiff,    :               22 Civ. 8192 (PAE) (BCM)

                                               :                  ORDER

                -v-                         :

K. DEW REALTY CORP. et al.,        :

                                        :

                                Defendants.    :

                                             :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      On June 6, 2023, the parties submitted a proposed settlement agreement, Dkt. 27

("Agreement"), in this Fair Labor Standards Act and New York Labor Law action. The Court

has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated

in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the

Agreement, defendants agree to pay $69,528 to plaintiff, and $34,764 in attorneys' fees to

plaintiff's attorney, Abdul K. Hassan. The Agreement therefore allocates one third of the

settlement amount, net of costs, to plaintiff's counsel as attorneys' fees. Upon careful review of

the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair

means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport*

*Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      Accordingly, the Court approves the Agreement. The Clerk of Court is respectfully

directed to terminate all pending motions and close this case.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: June 13, 2023
New York, New York